# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ANYES KIM, individually, | |
| Plaintiff, | NO. 2:17-cv-01395-TSZ |
| vs. | |
| STATE FARM FIRE & CASUALTY COMPANY, an Illinois corporation doing business in Washington, | **STIPULATION AND AGREED PROTECTIVE ORDER** |
| Defendant. | |

## STIPULATION

**1. Parties.** The parties to this Stipulation and Agreement are as follows:

(a) Plaintiff Anyes Kim, by and through her attorneys of record, Preet B. Kode of Herrmann Law Group.

(b) Defendant State Farm Fire & Casualty Company ("State Farm"), by and through its attorney of record, Dan Kirkpatrick of Fallon, McKinley, and Wakefield, PLLC.

**2. Plaintiffs' Discovery Requests.** Plaintiff has requested production of certain documents and information by State Farm in discovery in this case. Among these discovery

**STIPULATION AND AGREED PROTECTIVE ORDER** - 1

1070.065/~6785998

FALLON McKINLEY & WAKEFIELD, PLLC
ATTORNEYS AT LAW
1111 Third Avenue, Suite 2400
SEATTLE, WASHINGTON 98101
(206) 682-7580  FAX (206) 682-3437

requests are requests for production that ask State Farm to identify and/or produce various portions of its claims manual. State Farm claims that some of these requested documents and materials contain protected trade secrets and/or other confidential business information. State Farm asserts that it has a legitimate business interest in restricting dissemination of this information, particularly to competitors and/or adversaries. State Farm contends it has a proper interest in protecting this information and these documents so that they remain confidential.

    **3.**    **Purpose of this Agreement.**  It is the purpose of this stipulation and agreement that State Farm will produce the requested confidential documents, subject to the agreement and promise by plaintiff and her counsel, that the confidential documents produced by State Farm will be used solely in this case; that the confidential documents produced by State Farm will not be used for non-litigation purposes; and that the confidential documents will not be disseminated, shown, or otherwise made known to third parties or persons not necessary to or involved in this litigation.

    **4.**    **Agreement Not to Disseminate.**  Consistent with the purpose of this agreement and the stipulation entered into herein, plaintiff and her counsel agree not to divulge, permit access to, or disseminate the confidential documents produced by State Farm during this litigation to any individuals or entities, except persons or individuals connected to or providing services in connection with the prosecution or defense of this litigation. All parties and their counsel are allowed to have the confidential documents reviewed and analyzed by attorneys, expert witnesses and/or consultants providing services relating to this litigation, provided such attorneys, expert witnesses and/or consultants agree to return any confidential documents provided to them (and all copies thereof) to counsel for State Farm at the conclusion of the case. Any attorneys, expert witnesses and/or consultants who obtain confidential documents shall certify in writing to plaintiffs' counsel that they have reviewed this Stipulation and Agreed Protective Order and agree to be bound by its terms.

**STIPULATION AND AGREED PROTECTIVE ORDER** - 2

1070.065/~6785998

FALLON McKINLEY & WAKEFIELD, PLLC
A T T O R N E Y S  A T  L A W
1111 Third Avenue, Suite 2400
SEATTLE, WASHINGTON 98101
(206) 682-7580  FAX (206) 682-3437

**5.**     **Agreement Regarding Documents to Be Produced.**  In addition to all other requested documents which are not claimed to be confidential, consistent with the purpose of this stipulation and agreement, State Farm will, upon entry of this protective order, produce the documents that it contends contain trade secrets and/or other confidential business information.  On all documents that State Farm contends contain trade secrets and/or other confidential business information, State Farm will affix to each page a notation which indicates that the document has been designated as confidential.  After the conclusion of this case, by settlement, judgment, or dismissal, and the completion of all appeals, all confidential documents produced pursuant to this stipulation, and copies of such confidential documents, shall be destroyed.  Documents which are not designated as confidential when produced are not claimed to be confidential and therefore are not subject to the stipulation.

**6.**     **Possession of Documents by Third Parties.**  Plaintiffs' counsel and counsel for defendant State Farm will be the custodian of the confidential documents produced, and shall not grant possession of the confidential documents to any other person or entity, except as expressly authorized by the terms of this stipulation.  Counsel for the parties may permit other persons or entities to possess and to view the confidential documents as follows:

(a)     Any attorneys, associates, law clerks, paralegals, or secretaries at the law firm of plaintiffs' counsel (Herrmann Law Group); any such persons at any law firm associated with defendant State Farm's counsel in this matter (Fallon, McKinley, and Wakefield, PLLC).

(b)     Parties, deposition and trial witnesses may view the confidential documents.

(c)     Experts and/or consultants involved in or performing services related to this litigation.

**STIPULATION AND AGREED PROTECTIVE ORDER** - 3

1070.065/~6785998

FALLON McKINLEY & WAKEFIELD, PLLC
A T T O R N E Y S   A T   L A W
1111 Third Avenue, Suite 2400
SEATTLE, WASHINGTON 98101
(206) 682-7580  FAX (206) 682-3437

(d) Court officials involved in this litigation, including, but not limited to, judges, members of the jury, court reporters, persons monitoring video equipment at depositions, any special masters or discovery referees, judges, magistrates, associate attorneys, or law clerks.

(e) Any person designated by the court in the interest of justice, upon such terms as the court may deem proper.

Whenever the confidential documents are viewed or provided to any person, attorney, expert witness and/or consultant identified above, other than court personnel, the parties and their counsel agree to require that such attorney, expert witness and/or consultant certify in writing that they have reviewed this stipulation and protective order and agree to be bound by its terms including, without limitation, the provisions of paragraph 7 below concerning the return of confidential documents at the conclusion of the case.

**7. Return of Confidential Documents at Conclusion of Case.** Any and all third parties to whom confidential documents have been provided in the course of this matter, including attorneys, expert witnesses and/or consultants, shall, at the conclusion of this matter and any appeals therefrom, return all confidential documents that have been provided to them, including any copies of such confidential documents, to counsel who retained them, who shall, in turn, forward all returned confidential documents to counsel for State Farm, Dan Kirkpatrick. At the conclusion of this matter and all appeals therefrom, plaintiff's counsel shall take reasonable steps to ensure that all attorneys, expert witnesses and/or consultants return all confidential documents and copies of such confidential documents to them. Plaintiffs' counsel may then either: (1) destroy all such confidential documents and copies of such confidential documents and certify by letter to counsel for State Farm that the confidential documents and copies of such confidential documents have been destroyed; or (2) forward all confidential documents and copies of such confidential documents returned by plaintiffs' counsel, expert witnesses and/or consultants to counsel for State Farm, Dan Kirkpatrick.

**STIPULATION AND AGREED PROTECTIVE ORDER** - 4

1070.065/~6785998

FALLON McKINLEY & WAKEFIELD, PLLC
ATTORNEYS AT LAW
1111 Third Avenue, Suite 2400
SEATTLE, WASHINGTON 98101
(206) 682-7580 FAX (206) 682-3437

**8.     Documents Submitted to the Court.**  Prior to filing anything with the Court that includes confidential documents, the party intending to file it shall provide at least 10 days written notice of such intention to all of the other parties' counsel, and specify what confidential documents or information the filing party intends to file with the Court.  After receipt of notification of the intent to file confidential documents, any counsel objecting to the filing of the confidential document(s) must file a motion to seal the confidential document(s) and information if the party wants the documents to remain confidential and be filed under seal.  The party intending to file the confidential document(s) with the Court shall not do so until a ruling has been received from the Court.

**9.     Nonwaiver.**  This stipulation is not, and shall not be interpreted as, a waiver by plaintiffs or defendant State Farm of any discovery rights or right to compel further production of documents.  This stipulation is not, and shall not be interpreted as, a waiver by State Farm to claim in this lawsuit or otherwise that the confidential documents or any documents described herein are privileged or otherwise nondiscoverable, or inadmissible.

**10.    Reconsideration.**  If a dispute arises about the propriety of State Farm designating any documents as "confidential" in order to be protected by this stipulation and protective order, plaintiffs may apply to the court for an order resolving such dispute.

**11.    Violation of Order.**  Upon an alleged violation of this stipulation and protective order, the court on its own motion or on the motion of any party, may grant relief as it deems appropriate in law or equity.  Should any provision of this stipulation or protective order be stricken or held invalid by a court of competent jurisdiction, all remaining provisions shall remain in full force and effect.

**12.    Entry of Order.**  Counsel for the parties agree to have this stipulation made the subject of a court order.  The terms of this agreement are not binding and have no effect until, and unless, the order is signed by each party and by the court.

FALLON McKINLEY & WAKEFIELD, PLLC
ATTORNEYS AT LAW
1111 Third Avenue, Suite 2400
SEATTLE, WASHINGTON 98101
(206) 682-7580  FAX (206) 682-3437

//

//

IT IS SO STIPULATED.

I HAVE READ the above and agree to abide by the terms set forth herein on behalf of myself, my firm, and my client. This stipulation is signed under penalty of perjury under the laws of the State of Washington.

FALLON, MCKINLEY, AND WAKEFIELD

Dated _____   By *s/ Dan Kirkpatrick*
　　　　　　　　　　　　　　　　　　Dan Kirkpatrick　　　WSBA #38674
　　　　　　　　　　　　　　　　　　Fallon McKinley & Wakefield, PLLC
　　　　　　　　　　　　　　　　　　1111 Third Avenue, Suite 2400
　　　　　　　　　　　　　　　　　　Seattle, WA  98104
　　　　　　　　　　　　　　　　　　TEL:  (206) 682-7580
　　　　　　　　　　　　　　　　　　FAX: (206) 682-3437
　　　　　　　　　　　　　　　　　　E-mail:  swakefield@fmwlegal.com
　　　　　　　　　　　　　　　　　　E-mail:  dkirkpatrick@fmwlegal.com
　　　　　　　　　　　　　　　　　　Attorneys for Defendant State Farm

HERRMANN LAW GROUP

Dated _____   By s/ Anthony Marsh
　　　　　　　　　　　　　　　　　　Anthony Marsh　　　WSBA #45194
　　　　　　　　　　　　　　　　　　HERRMANN LAW GROUP
　　　　　　　　　　　　　　　　　　505 Fifth Avenue S., Ste. 630
　　　　　　　　　　　　　　　　　　Seattle, WA  98104
　　　　　　　　　　　　　　　　　　TEL:  206-625-9104
　　　　　　　　　　　　　　　　　　FAX:  206-682-6710
　　　　　　　　　　　　　　　　　　Email:  anthony@hslawfirm.com
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

//

//

//

**STIPULATION AND AGREED PROTECTIVE ORDER** - 6

1070.065/~6785998

FALLON McKINLEY & WAKEFIELD, PLLC
ATTORNEYS AT LAW
1111 Third Avenue, Suite 2400
SEATTLE, WASHINGTON 98101
(206) 682-7580  FAX (206) 682-3437

## **ORDER**

IT IS HEREBY ORDERED that the foregoing Stipulation and Agreed Protective Order be, and the same hereby is, ENTERED.

DATED THIS 28th day of December, 2017.

_____
Thomas S. Zilly
United States District Judge

Presented by:

FALLON MCKINLEY & WAKEFIELD, PLLC

By _s/ Dan Kirkpatrick_
    Dan Kirkpatrick    WSBA #38674
    Attorneys for Defendant State Farm

Approved as to form, notice
of presentation waived:

HERRMANN LAW GROUP

By _s/ Anthony Marsh_
    Anthony Marsh    WSBA #45194
    Attorneys for Plaintiff

**STIPULATION AND AGREED PROTECTIVE ORDER** - 7

1070.065/~6785998

FALLON McKINLEY & WAKEFIELD, PLLC
ATTORNEYS AT LAW
1111 Third Avenue, Suite 2400
SEATTLE, WASHINGTON 98101
(206) 682-7580 FAX (206) 682-3437