UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANYES KIM,

               Plaintiff,

   v.

STATE FARM FIRE & CASUALTY
COMPANY,

             Defendant.

C17-1395 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Defendant's unopposed motion for extension, docket no. 15, is GRANTED as follows. The deadline set forth in Federal Rule of Civil Procedure 26(a)(2)(D)(ii) for disclosure of rebuttal experts is EXTENDED to July 6, 2018. The dates and deadlines set forth in the Minute Order Setting Trial Date and Related Dates, docket no. 9, shall remain in full force and effect.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of July, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1