UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANYES KIM,

        Plaintiff,

v.

STATE FARM FIRE & CASUALTY COMPANY,

        Defendant.

C17-1395 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion for extension of the rebuttal expert disclosure deadline, docket no. 18, is GRANTED as follows. The report of Mary Reif, M.D., defendant's neurology expert, which was emailed to plaintiff's counsel on July 9, 2018, will be considered timely disclosed.

(2) The parties' stipulated motion, docket no. 20, is GRANTED, and the deposition of Stanley Schiff, M.D., Ph.D. may be conducted after the discovery completion deadline of August 6, 2018, provided that the deposition occurs on or before August 31, 2018.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of July, 2018.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1