UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANYES KIM,

        Plaintiff,

  v.

STATE FARM FIRE & CASUALTY COMPANY,

        Defendant.

C17-1395 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to continue the trial date and related deadlines, docket no. 24, is GRANTED as follows.

| **JURY TRIAL DATE (4-6 days)** | **April 29, 2019** |
|---|---|
| Deadline for filing motions relating to expert witnesses (*e.g.*, Daubert motions) | January 10, 2019 |
| Motions in limine filing deadline | March 28, 2019 |
| Agreed pretrial order due | April 12, 2019 |
| Trial briefs, proposed voir dire questions, and jury instructions due | April 12, 2019 |
| Pretrial conference | April 19, 2019 at 1:30 p.m. |

MINUTE ORDER - 1

1  All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 9, as previously amended, docket nos. 17 & 21, shall remain in full force and effect.

(2) Defendant's motion for summary judgment, docket no. 22, is RENOTED to January 25, 2019. Any cross-motion by plaintiff shall be consolidated with any response to defendant's motion for summary judgment and shall be filed by January 3, 2019. Any response to any cross-motion brought by plaintiff shall be consolidated with any reply in support of defendant's motion for summary judgment and shall be filed by January 21, 2019. Any reply in support of any cross-motion brought by plaintiff shall be filed by January 25, 2019.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of October, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2